Certificate Number: 12433-NJ-DE-030692796

Bankruptcy Case Number: 17-34943



12433-NJ-DE-030692796

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 9, 2018</u>, at <u>2:24</u> o'clock <u>PM EST</u>, <u>Stacey J. Thomas</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>March 9, 2018</u>            By:   <u>/s/Lisa Susoev</u>

　　　　　　　　　　　　　　　　　　Name: <u>Lisa Susoev</u>

　　　　　　　　　　　　　　　　　　Title: <u>Teacher</u>